# EXHIBIT A

## Case Information

GE-2021-CV-000004 | Jeffery L Trotter vs. Combe Incorporated

| Case Number | Court | Judicial Officer |
|---|---|---|
| GE-2021-CV-000004 | Geary County | Sexton, Benjamin J |
| File Date | Case Type | Case Status |
| 01/07/2021 | CV Other Tort | Pending |

## Party

**Plaintiff**
Trotter, Jeffery L

**Active Attorneys ▾**
Lead Attorney
Pinaire, Richard
Arnold
Retained

**Defendant**
Combe Incorporated

## Events and Hearings

01/07/2021 PLE: Petition ▾

Petition

Comment
Petition

---

01/12/2021 INF: Exhibit ▾

Exhibit A Referred to in the Petition Filed January 7, 2021

Comment
Exhibit A Referred to in the Petition Filed January 7, 2021

---

01/13/2021 PLE: Summons ▾

Summons Combe Inc.

Comment
Summons Combe Inc.

---

01/13/2021 Summons▾

Requested By
Trotter, Jeffery L

---

03/04/2021 PLE: Amended Petition ▾

Amended Petition

Comment
Amended Petition

---

## Financial

Trotter, Jeffery L

| | | | | | |
|---|---|---|---|---|---|
| | Total Financial Assessment | | | | $195.00 |
| | Total Payments and Credits | | | | $195.00 |
| 1/11/2021 | Transaction Assessment | | | | $195.00 |
| 1/11/2021 | ePayment | Receipt # OJA-2021-32673 | Trotter, Jeffery L | | ($195.00) |

## Documents

Petition

Exhibit A Referred to in the Petition Filed January 7, 2021

Summons Combe Inc.

Amended Petition

ELECTRONICALLY FILED
2021 Jan 07 PM 3:59
CLERK OF THE GEARY COUNTY
CASE NUMBER:  GE-2021-CV-000004
PII COMPLIANT

IN THE DISTRICT COURT OF GEARY COUNTY, KANSAS

**JEFFERY L. TROTTER**,                                                    Plaintiff,

    vs.                                                                      No. GE-20-CV-

**COMBE INCORPORATED**,                                        Defendant

### <u>PETITION</u>

    **COMES NOW** the Plaintiff, and for his cause of action against the Defendant, alleges and states as follows, to-wit:

    1.    The Plaintiff is a resident of Geary County, Kansas.

    2.    The Defendant is a corporation incorporated in the State of Delaware with a principal place of business at 1101 Westchester Avenue White Plains, New York 10604, and the registered agent for said corporation is the CT Corporation System, 28 Liberty Street, New York, New York 10005.

    3.    The Defendant is a manufacturer of a product known as "Just For Men" which is a hair coloring product advertised as a hair, beard and mustache dye to cover up gray facial hair.  (See Exhibit A)

    4.    The Plaintiff suffered a severe chemical burn to the right side of his face near his lips as a result of using that product, which has caused permanent injury to the Plaintiff as well as past, present and future pain and suffering.

    5.    The Plaintiff is a veteran of the United States Army and by reason thereof, he has not yet incurred any substantial medical expenses because he has Tri Care coverage, however, the injuries to the right side of his face, near his lips, is permanent and his injuries have required treatment subsequent to the time that the Plaintiff learned the product known

**PETITION**                                    --2--

as "Just For Men" caused permanent injuries to the Plaintiff's face.

6.     The medical treatment required for Plaintiff's injuries consists of the use of medication to ameliorate the facial burns which the Plaintiff suffered as a result of his use of the Defendant's product.

7.     In this particular case, the Defendant was negligent in the production of this product, which was distributed throughout the United States, as well as to the Plaintiff, in the State of Kansas, which is where the Plaintiff purchased the same.

7.     The Defendant was also negligent because of its failure to properly design the product so that it would be relatively safe for the use for which it was intended by the Plaintiff, and/or because of its failure to reasonably inspect and test its product which was used by the Plaintiff and/or because of its failure to warn the Defendant regarding the hazards of using their product.

8.     The Plaintiff has also suffered a permanent injury to his face and he is seeking damages for past, present and future pain and suffering which was caused by the use of the product manufactured by the Defendant.

**WHEREFORE**, Plaintiff prays for a judgment against the Defendant for the permanent injuries that he has suffered and for past, present and future pain and suffering  in a sum in excess of $75,000 together with interest at the legal rate, plus Court costs.

## <u>COUNT II</u>

1.     The Plaintiff alleges and re-asserts the allegations contained in Count I above and incorporates the same herein by reference.

2.     That the product "Just For Men", which was manufactured by the Defendant and used by the Plaintiff,  contained an express warranty and/or  an implied warranty incident to its topical use as a mustache dye for covering up of gray facial hair for men, i.e. the fitness for its particular purpose.

**PETITION**                                    --3--

3.      The Defendant violated its express warranty and/or the implied warranty of fitness for the particular purpose for which it was manufactured.

4.      The breach of warranty by the Defendant resulted in damages to the Plaintiff as stated above.

**WHEREFORE**, Plaintiff prays for a judgment against the Defendant for the permanent injuries that he has suffered and for past, present and future pain and suffering in a sum in excess of $75,000 together with interest at the legal rate, plus Court costs.

**COUNT III**

1.      The Plaintiff alleges and re-asserts the allegations contained in Counts I and II above and incorporates the same herein by reference.

2.      The Defendant is strictly liable for the condition of the product which the Plaintiff used for the purpose for which it was designed which caused the injures complained of to the Plaintiff in Counts I and II.

3.      The Defendant's product left the custody of the Defendant in its defective condition and/or it became so before the Defendant purchased the product in the condition that it was when the Plaintiff used it.

.      **WHEREFORE**, Plaintiff prays for a judgment against the Defendant for the permanent injuries that he has suffered and for past, present and future pain and suffering in a sum in excess of $75,000 together with interest at the legal rate, plus Court costs.

Jeffery L. Trotter

**PETITION**                                    --4--

## **VERIFICATION**

STATE OF KANSAS        )
                       )SS:
COUNTY OF GEARY        )

Jeffery L. Trotter, of lawful age and being first duly sworn upon his oath states:

That he is the Plaintiff the above entitled action, that he has read the Petition and understands the same and that the statements and allegations contained therein are true and correct to the best of his knowledge and belief.

_____
Jeffery L. Trotter

Subscribed and sworn to before me this _____ day of January, 2021

_____
Notary Public

My Appointment Expires: _____
                               8/15/70

APPROVED:

HOOVER, SCHERMERHORN,
EDWARDS, PINAIRE & ROMBOLD
811 North Washington Street
Junction City, Kansas 66441
(785) 238-3126
Attorneys for Plaintiff

By _____
      Richard A. Pinaire, #8220

**PETITION**                                   --5--

## <u>NOTICE DEMAND FOR JURY TRIAL</u>

**COMES NOW**, Plaintiff, and hereby demands trial by jury on all counts triable to a jury herein.

_____

Richard A. Pinaire

DP:Trotter.Petition

ELECTRONICALLY FILED
2021 Jan 12 AM 9:15
CLERK OF THE GEARY COUNTY
CASE NUMBER: GE-2021-CV-000004
PII COMPLIANT

IN THE DISTRICT COURT OF GEARY COUNTY, KANSAS

**JEFFERY L. TROTTER**,                                    Plaintiff,

vs.                                                      No. GE-21-CV- 4

**COMBE INCORPORATED**,                              Defendant

### ATTACHED IS EXHIBIT A WHICH IS REFERRED TO IN THE PETITION FILED BY THE PLAINTIFF ON JANUARY 7, 2021

HOOVER, SCHERMERHORN,
EDWARDS, PINAIRE & ROMBOLD
811 North Washington Street
Junction City, Kansas 66441
(785) 238-3126
Attorneys for Plaintiff

By _____
Richard A. Pinaire, #8220

### CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2021 , the foregoing Attachment was electronically filed with the Court using the eFlex efiling system notification to all parties of interest participating in the eFlex efiling system.

/s/ Richard A. Pinaire
Richard A. Pinaire

DP: Trotter.exhA.att

Just for Men Burn Lawsuits - About Just for Men Problems

# AboutLawsuits.com



**Lawsuit Alleges ParaGard IUD Broke In Woman's Cervical Canal**



**Class Action Lawsuits Over Zantac Recalls To Proceed With Discovery Throughout 2021**



Can Read Abou John Pow

**Report**

Search

EXHIBIT

A

tabbies

# Just For Men Burn Lawsuits

📅 Updated: January 2020   💬 **226 Comments**

"Just for Men" hair, beard and mustache dye products may cause users to suffer severe chemical burns and allergic reactions, resulting in swelling, scarring and disfigurement.

**JUST FOR MEN LAWSUIT STATUS:** Product liability lawyers are reviewing **"Just for Men"** lawsuits on behalf of individuals throughout the United States.



## >>CONTACT A "JUST FOR MEN" LAWYER<<

**MANUFACTURER:** Combe Inc.

**OVERVIEW:** "Just For Men" hair coloring was originally released in 1987, and is advertised as a hair, beard and mustache dye specifically to cover up gray hair for men.

There are a host of products in the line, from beard and mustache coloring kits to hair and side burns and even some that are designed to add a touch of gray to hair.

Over the past few years, concerns have emerged about the growing number of reports involving severe chemical burns and

CONTACT A LAWYER

**Have A Potential Case Reviewed By An Attorney**

FIRST NAME

LAST NAME

PRIMARY PHONE

other allergic reactions among "Just for Men" users.

ALTERNATE PHONE

The side effects of Just For Men may include:

EMAIL ADDRESS

    Allergic reactions

    Burning of the skin

    Swelling of the skin

    Severe itching

    Blisters and weeping sores

    Trouble breathing due to throat swelling

**"JUST FOR MEN" ALLERGIC REACTIONS:** Hundreds of reports
have been submitted by men who had used the product for years
but suddenly suffered severe chemical burns and swelling of the
face. In many cases, the "Just for Men" problems emerge long after
the dye was first used.



While some have speculated that the company may have changed the formulation of Just For
Men, Combe officials have publicly denied that. Sudden allergic reactions among men may also
be linked to changes in body chemistry among users.

"Just For Men" dye contains p-Phenylenediamine, an organic compound that is considered one
of the most prevalent allergens in the world.

In May 2009, the medical journal Dermatitis listed it as the tenth most prevalent allergen in
patch tests, and it was declared Allergen of the Year by the American Contact Dermatitis
Society in 2006.

**CONTACT A "JUST FOR MEN" CHEMICAL BURN LAWYER ABOUT SETTLEMENTS:** Free
consultations and claim evaluations are being provided by Just For Men lawyers for men
throughout the United States who have suffered chemical burns and other severe allergic
reactions after using this product.

As a result of the manufacturers failure to warn about the risk of severe allergic reactions and
burns, financial compensation may be available through "Just for Men" settlements or legal

*LAW OFFICES OF*
**HOOVER, SCHERMERHORN, EDWARDS,**
**PINAIRE & ROMBOLD**
*811 N. Washington*
*Junction City, KS  66441*



CERTIFIED MAIL®

7019 2280 0002 3151 4173



CASTILLO DE SAN MARCOS

Combe Incorporated
CT Corporation System, Registered Agent
28 Liberty Street
New York, NY  10005

100081400 C009

ELECTRONICALLY FILED
2021 Jan 13 PM 2:05
CLERK OF THE GEARY COUNTY
CASE NUMBER:  GE-2021-CV-000004
PII COMPLIANT

Jeffery L Trotter

vs.

Combe Incorporated

**SUMMONS**

To the above-named Defendant/Respondent:

> **Combe Incorporated**
> **CT Corporation System, Registered Agent**
> **28 Liberty Street**
> **New York, NY  10005**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Richard A. Pinaire
> 811 N. Washington Street
> Junction City, KS 66441

within 30 days after service of summons on you.

 Becky Isaac

Clerk of the District Court
Electronically signed  on 01/13/2021 04:18:24 PM

**Documents to be served with the Summons:**
PLE: Petition Petition, INF: Exhibit Exhibit A Referred to in the Petition Filed January 7, 2021

ELECTRONICALLY FILED
2021 Mar 04 PM 4:25
CLERK OF THE GEARY COUNTY
CASE NUMBER:  GE-2021-CV-000004
PII COMPLIANT

IN THE DISTRICT COURT OF GEARY COUNTY, KANSAS
(Pursuant to Chapter 60 of K.S.A)

**JEFFERY L. TROTTER,**                                          Plaintiff,

vs.                                                                    No. GE-21-CV-04

**COMBE INCORPORATED,**                                   Defendant

## AMENDED PETITION

**COMES NOW** the Plaintiff, and for his cause of action against the Defendant, alleges and states as follows, to-wit:

1.      The Plaintiff is a resident of Geary County, Kansas.

2.      The Defendant is a corporation incorporated in the State of Delaware with a principal place of business at 1101 Westchester Avenue White Plains, New York 10604, and the registered agent for said corporation is the CT Corporation System, 28 Liberty Street, New York, New York 10005.

3.      The Defendant is a manufacturer of a product known as "Just For Men" which is a hair coloring product advertised as a hair, beard and mustache dye to cover up gray facial hair. (See Exhibit A)

4.      The Plaintiff suffered a severe chemical burn to the right side of his face near his lips as a result of using "Just for Men" in early January 2019, all as determined by his medical provider when he obtained treatment on January 8, 2019, which burn caused permanent injury to the Plaintiff and past, present and future pain and suffering.

5.      The Plaintiff is a veteran of the United States Army and by reason thereof, he has not yet incurred any substantial medical expenses because he has Tri Care coverage, however, the injuries to the right side of his face, near his lips, is permanent and his injuries

AMEND PETITION                    --2--

have required treatment subsequent to the time that the Plaintiff learned the product known as "Just For Men" caused permanent injuries to the Plaintiff's face.

6.      The medical treatment required for Plaintiff's injuries consists of the use of medication to ameliorate the facial burns which the Plaintiff suffered as a result of his use of the Defendant's product.

7.      In this particular case, the Defendant was negligent in the production of this product, which was distributed throughout the United States, as well as to the Plaintiff, in the State of Kansas, which is where the Plaintiff purchased the same.

7.      The Defendant was also negligent because of its failure to properly design the product so that it would be relatively safe for the use for which it was intended by the Plaintiff, and/or because of its failure to reasonably inspect and test its product which was used by the Plaintiff and/or because of its failure to warn the Defendant regarding the hazards of using their product.

8.      The Plaintiff has also suffered a permanent injury to his face and he is seeking damages for past, present and future pain and suffering which was caused by the use of the product manufactured by the Defendant.

**WHEREFORE**, Plaintiff prays for a judgment against the Defendant for the permanent injuries that he has suffered and for past, present and future pain and suffering in a sum in excess of $75,000 together with interest at the legal rate, plus Court costs.

<u>COUNT II</u>

1.      The Plaintiff alleges and re-asserts the allegations contained in Count I above and incorporates the same herein by reference.

2.      That the product "Just For Men", which was manufactured by the Defendant and used by the Plaintiff, contained an express warranty and/or an implied warranty incident to its topical use as a mustache dye for covering up of gray facial hair for men, i.e.

**AMEND PETITION**                          --3--

the fitness for its particular purpose.

     3.    The Defendant violated its express warranty and/or the implied warranty of fitness for the particular purpose for which it was manufactured.

     4.    The breach of warranty by the Defendant resulted in damages to the Plaintiff as stated above.

     **WHEREFORE,** Plaintiff prays for a judgment against the Defendant for the permanent injuries that he has suffered and for past, present and future pain and suffering in a sum in excess of $75,000 together with interest at the legal rate, plus Court costs.

COUNT III

     1.    The Plaintiff alleges and re-asserts the allegations contained in Counts I and II above and incorporates the same herein by reference.

     2.    The Defendant is strictly liable for the condition of the product which the Plaintiff used for the purpose for which it was designed which caused the injures complained of to the Plaintiff in Counts I and II.

     3.    The Defendant's product left the custody of the Defendant in its defective condition and/or it became so before the Defendant purchased the product in the condition that it was when the Plaintiff used it.

     **WHEREFORE,** Plaintiff prays for a judgment against the Defendant for the permanent injuries that he has suffered and for past, present and future pain and suffering in a sum in excess of $75,000 together with interest at the legal rate, plus Court costs.

Jeffery L. Trotter

**AMEND PETITION**                    --4--

## VERIFICATION

STATE OF KANSAS      )
                     )SS:
COUNTY OF GEARY      )

    Jeffery L. Trotter, of lawful age and being first duly sworn upon his oath states:

    That he is the Plaintiff the above entitled action, that he has read the Petition and understands the same and that the statements and allegations contained therein are true and correct to the best of his knowledge and belief.

_____
Jeffery L. Trotter

Subscribed and sworn to before me this _4th_ day of March, 2021

_____
Notary Public

My Appointment Expires:_____

APPROVED:

HOOVER, SCHERMERHORN,
EDWARDS, PINAIRE & ROMBOLD
811 North Washington Street
Junction City, Kansas 66441
(785) 238-3126
Attorneys for Plaintiff

By _____
    Richard A. Pinaire, #8220

**AMEND PETITION**                    --5--

### PLAINTIFF REQUEST A JURY TRIAL

     **COMES NOW**, Plaintiff, and hereby demands trial by jury on all counts triable to a jury herein.

_____
Richard A. Pinaire

DP:Trotter,Petition

ELECTRONICALLY FILED
2021 Mar 04 PM 4:25
CLERK OF THE GEARY COUNTY
CASE NUMBER:  GE-2021-CV-000004
PII COMPLIANT

IN THE DISTRICT COURT OF GEARY COUNTY, KANSAS
(Pursuant to Chapter 60 of K.S.A)

**JEFFERY L. TROTTER,**                                    Plaintiff,

vs.                                                              No. GE-21-CV-04

**COMBE INCORPORATED,**                              Defendant

### AMENDED PETITION

**COMES NOW** the Plaintiff, and for his cause of action against the Defendant, alleges and states as follows, to-wit:

1.     The Plaintiff is a resident of Geary County, Kansas.

2.     The Defendant is a corporation incorporated in the State of Delaware with a principal place of business at 1101 Westchester Avenue White Plains, New York 10604, and the registered agent for said corporation is the CT Corporation System, 28 Liberty Street, New York, New York 10005.

3.     The Defendant is a manufacturer of a product known as "Just For Men" which is a hair coloring product advertised as a hair, beard and mustache dye to cover up gray facial hair. (See Exhibit A)

4.     The Plaintiff suffered a severe chemical burn to the right side of his face near his lips as a result of using "Just for Men" in early January 2019, all as determined by his medical provider when he obtained treatment on January 8, 2019, which burn caused permanent injury to the Plaintiff and past, present and future pain and suffering.

5.     The Plaintiff is a veteran of the United States Army and by reason thereof, he has not yet incurred any substantial medical expenses because he has Tri Care coverage, however, the injuries to the right side of his face, near his lips, is permanent and his injuries

**AMEND PETITION**                        --2--

have required treatment subsequent to the time that the Plaintiff learned the product known as "Just For Men" caused permanent injuries to the Plaintiff's face.

6.      The medical treatment required for Plaintiff's injuries consists of the use of medication to ameliorate the facial burns which the Plaintiff suffered as a result of his use of the Defendant's product.

7.      In this particular case, the Defendant was negligent in the production of this product, which was distributed throughout the United States, as well as to the Plaintiff, in the State of Kansas, which is where the Plaintiff purchased the same.

7.      The Defendant was also negligent because of its failure to properly design the product so that it would be relatively safe for the use for which it was intended by the Plaintiff, and/or because of its failure to reasonably inspect and test its product which was used by the Plaintiff and/or because of its failure to warn the Defendant regarding the hazards of using their product.

8.      The Plaintiff has also suffered a permanent injury to his face and he is seeking damages for past, present and future pain and suffering which was caused by the use of the product manufactured by the Defendant.

**WHEREFORE**, Plaintiff prays for a judgment against the Defendant for the permanent injuries that he has suffered and for past, present and future pain and suffering in a sum in excess of $75,000 together with interest at the legal rate, plus Court costs.

<u>COUNT II</u>

1.      The Plaintiff alleges and re-asserts the allegations contained in Count I above and incorporates the same herein by reference.

2.      That the product "Just For Men", which was manufactured by the Defendant and used by the Plaintiff, contained an express warranty and/or an implied warranty incident to its topical use as a mustache dye for covering up of gray facial hair for men, i.e.

**AMEND PETITION**                          --3--

the fitness for its particular purpose.

     3.     The Defendant violated its express warranty and/or the implied warranty of fitness for the particular purpose for which it was manufactured.

     4.     The breach of warranty by the Defendant resulted in damages to the Plaintiff as stated above.

     **WHEREFORE,** Plaintiff prays for a judgment against the Defendant for the permanent injuries that he has suffered and for past, present and future pain and suffering in a sum in excess of $75,000 together with interest at the legal rate, plus Court costs.

**COUNT III**

     1.     The Plaintiff alleges and re-asserts the allegations contained in Counts I and II above and incorporates the same herein by reference.

     2.     The Defendant is strictly liable for the condition of the product which the Plaintiff used for the purpose for which it was designed which caused the injures complained of to the Plaintiff in Counts I and II.

     3.     The Defendant's product left the custody of the Defendant in its defective condition and/or it became so before the Defendant purchased the product in the condition that it was when the Plaintiff used it.

     **WHEREFORE,** Plaintiff prays for a judgment against the Defendant for the permanent injuries that he has suffered and for past, present and future pain and suffering in a sum in excess of $75,000 together with interest at the legal rate, plus Court costs.

Jeffery L. Trotter

**AMEND PETITION**                    --4--

## VERIFICATION

STATE OF KANSAS        )
                       )SS:
COUNTY OF GEARY        )

Jeffery L. Trotter, of lawful age and being first duly sworn upon his oath states:

That he is the Plaintiff the above entitled action, that he has read the Petition and understands the same and that the statements and allegations contained therein are true and correct to the best of his knowledge and belief.

_____
Jeffery L. Trotter

Subscribed and sworn to before me this ___4th___ day of March, 2021

_____
Notary Public

My Appointment Expires: _____

APPROVED:                        9/15/2022

HOOVER, SCHERMERHORN,
EDWARDS, PINAIRE & ROMBOLD
811 North Washington Street
Junction City, Kansas 66441
(785) 238-3126
Attorneys for Plaintiff

By _____
        Richard A. Pinaire, #8220

**AMEND PETITION**                    --5--

## <u>PLAINTIFF REQUEST A JURY TRIAL</u>

    **COMES NOW**, Plaintiff, and hereby demands trial by jury on all counts triable to a jury herein.

                                               Richard A. Pinaire

DP:Trotter,Petition